Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re UNITED STATES, Petitioner.**

**No. MISC 746.**

United States Court of Appeals, Federal Circuit.

Dec. 16, 2003.

GAJARSA, Circuit Judge.

*ORDER*

Upon consideration of the United States' unopposed motion to voluntarily dismiss its petition for a writ of mandamus,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
Appellant,

v.

**H.T. JOHNSON, Acting Secretary of the Navy, Appellee.**

**No. 03–1486.**

United States Court of Appeals, Federal Circuit.

Dec. 17, 2003.

*ORDER*

On October 16, 2003, the court issued an order allowing 45–days for Environmental Safety Consultants, Inc. ("Environmental Safety") to obtain counsel, and for said counsel to enter an appearance in this matter. Environmental Safety has failed to comply with this order, and has failed to prosecute.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.